**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Argeo SALGADO–ORTEGA,**
**Defendant–Appellant.**

**No. 10–50087**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 8, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Clark Willis Richards, Hilgers Bell & Richards LLP, Austin, TX, for Defendant–Appellant.

Before JOLLY, GARZA and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Argeo Salgado–Ortega has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Salgado–Ortega has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.